# VULLINGS LAW GROUP, LLC

Attorneys At Law

3801 GERMANTOWN PIKE
SUITE 204
COLLEGEVILLE, PENNSYLVANIA 19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in PA, NJ, NY & DC

bvullings@vullingslaw.com

April 4, 2025

**VIA ECF**
Honorable Kelley Brisbon Hodge
United States District Court
Eastern District of Pennsylvania
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   Channell Osorio v. Trans Union, LLC, et. al.
      USDC, E.D. Pa., 2:25-cv-00552-KBH

Your Honor:

Kindly be advised that the above referenced matter has recently been settled in principle as to Defendant, Equifax Information Services, LLC, pending a mutually agreeable Settlement Agreement and Release. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

Thank you for your time and consideration of this matter.

Sincerely,

Brent F. Vullings, Esq.

BFV:fc
cc:    All Counsel of Record (via ECF)