IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANNELL OSORIO,<br>        Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., EQUIFAX<br>INFORMATION SERVICES, LLC,<br>BARCLAYS BANK DELAWARE,<br>CITIBANK, N.A. and<br>FIRSTMARK SERVICES,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-552 |

**O R D E R**

**AND NOW**, this 7th day of April, 2025, it having been reported that the issues between the plaintiff, Channell Osorio, and defendant, Equifax Information Services, LLC, are settled, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs, as to defendant, Equifax Information Services, LLC, only.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** so as to delete reference to the settling defendant who has been dismissed from the case – Equifax Information Services, LLC.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
       HODGE, KELLEY B., J.