# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANNELL OSORIO,<br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., BARCLAYS BANK<br>DELAWARE, CITIBANK, N.A.,<br>CITIZENS BANK and<br>FIRSTMARK SERVICES,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-552 |

## O R D E R

**AND NOW**, this 16th day of April, 2025, it having been reported that the issues between the plaintiff, Channell Osorio, and defendant, Citizens Bank, are settled, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs, as to defendant, Citizens Bank, only.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** so as to delete reference to the settling defendant who has been dismissed from the case – Citizens Bank.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.