**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHANNELL OSORIO**<br>    **Plaintiff**<br><br>        **vs.**<br><br>**TRANS UNION, LLC, et al**<br>    **Defendants** | **Case Number 2:25-cv-00552-KBH** |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, CHANNEL OSORIO, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above against EXPERIAN INFORMATION SOLUTIONS, INC., with prejudice. Each party is responsible for their own attorney's fees.

Vullings Law Group, LLC

BY:    */s/ Brent F. Vullings*
Brent F. Vullings, Esq.
3801 Germantown Pike Suite 204
Collegeville, PA 19426
610-489-6060

*Attorney for Plaintiff*
*Channel Osorio*