IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANNELL OSORIO,

      Plaintiff,

    v.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; EQUIFAX
INFORMATION SERVICES, LLC; BARCLAYS
BANK DELAWARE; CITIBANK, N.A.;
CITIZENS BANK; and FIRSTMARK SERVICES;

      Defendants.

Civil Action No. 2:25-CV-00552-KBH

## SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that the undersigned, **JAYME C. BRONSON** of Buchanan Ingersoll & Rooney PC, shall appear as counsel on behalf of Defendant Trans Union, LLC, by way of substitution for Graeme E. Hogan, who should be removed as counsel for Defendant Trans Union, LLC.

Withdrawing Attorney:

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ *Graeme E. Hogan*
    Graeme E. Hogan
    (PA ID No. 319656)

Substituting Attorney:

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ *Jayme C. Bronson*
    Jayme C. Bronson
    (PA ID No. 325481)
    Two Liberty Place
    16th Street, Suite 3200
    Philadelphia, PA 19102
    (215) 665-8700
    jayme.bronson@bipc.com

    *Attorney for Defendant TransUnion*

Date: June 13, 2025

Date: June 13, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2025, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*/s/ Jayme C. Bronson*
Jayme C. Bronson